Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the

__Southern__ District of __California__

_____ Division

Jose Camargo Alejo A#089861944
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Mileto L. et, al
Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. __'26CV0251 JES  LR__
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

FILED
JAN 13 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Jose Camargo Alejo
   Address: P.O. Box 439049
   City: San Diego   State: CA   Zip Code: 92143-9049
   County: County of San Diego
   Telephone Number:
   E-Mail Address:

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Mileto, L
   Job or Title (if known):
   Address:
   City:   State:   Zip Code:
   County:
   Telephone Number:
   E-Mail Address (if known):
   [X] Individual capacity   [X] Official capacity

   Defendant No. 2
   Name: Hetter, A
   Job or Title (if known):
   Address:
   City:   State:   Zip Code:
   County:
   Telephone Number:
   E-Mail Address (if known):
   [X] Individual capacity   [X] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
Name: C. LaRose
Job or Title (if known): Warden
Address:
City / State / Zip Code
County
Telephone Number
E-Mail Address (if known)

[X] Individual capacity    [X] Official capacity

Defendant No. 4
Name: J. Soto
Job or Title (if known): A.W.
Address:
City / State / Zip Code
County
Telephone Number
E-Mail Address (if known)

[X] Individual capacity    [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

See Attached!

5th amendment; due process; 8th Amendment; Medical Care to
Medical refferral by 2nd opinion;    a serious medical
need
Keratoconus

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

"See attatched"

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

Otay Mesa Detention Center

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

"See attatched" "All exhibits & incidents attatched"

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

"See Attatched"



Attachment: Page 3 of 6

Part B: 14th Amendment: the right to due process (filing grievance to highest level) deprived.

Page 4 of 6: Part D All respondants denied me medical care which I'm entilted to under the 8th amendment accordingly to my "Serious medical need" Keratoconus.

Respondents Mileto L. & A. Hetter denied me the right to the due process of obtaining a 2nd opion from an outside doctor regarding my diagnosis Keratoconus. Under the 5th Amendment. Under the 14th Amendment Mileto L. & A. Hetter deprived me of escalating all my grievances to the highest level regarding my diagnosis.

Respondents C. LaRose & J. Soto were explained of the difference of an optometrist and ophthalmologist and still denied me to go see an ophthalmologist. J. Soto & C. LaRose are able to bypass all medical area and approve my consultation to an ophthalmologist. Respondents Mileto L. & A. Hetter are also aware of all the above and have all violated my constitutional rights equally. this is unaceptable.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

- enflammation of eyes
- Very Blurry Vision / distorted lastigmatism
- Always with ongoing pain in my eyes
- dizziness, lightheaded, nausea, light sensitivity
- contact lens are just to help me see, they don't take away the pain I'm suffering from my eyes drying out further sweating up.

"See Attatchment for continuance."

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want to be compensated compensatory damages for the amount of $20,000 for the negligence I have received.

I want $150,000 for damages for all my suffering and emotional distress.

I want $80,000 Punitive damages from each defendant for the injuries I recieved and for denying me Adequate medical care

Deliberate Indifference as well as cruel & unusual punishment as all the above.

I want corneal crosslinking (CXL) by an actual ophthalmologist who is licensed to do this as keratoconus treatment.

Page 5 of 6

3.)

All respondents have denied me seeking a 2nd opinion from an outside doctor.
All respondents have deprived me of escalating all my grievances to the highest level any further.
All respondents have acted with deliberate indifference to cruel & unusual punishment to my serious medical need Keratoconus which can lead to blindness.
I have told providers of eyedrops causing side effects like burning and more blurry vision but they said that was all they have as treatment.
All my prescribed eyedrops burn & wear out within 1 hr. I have gone without treatment for 3 years. I gave them papers that say I need an ophthalmologist and yet all respondents still deprived me of a constitutional right to a serious medical need.

Page 5 of 6: Part IV Injuries Continuance
All respondents want me to settle for contact lens to help with my vision.
I am suffering a lot of pain in my eyes due to the medication they ~~prescribed or whatever~~ ~~others~~ are having me accept as treatment. I have ongoing pain in my eyes as it is due to Keratoconus. A lot of changes in my vision and redness in eyes. My eyes feel more itchy then before by putting all these eyedrops. I can barely see. I need treatment Corneal cross-linking please.
I'm afraid of going blind. I'm emotionally distressed.
I am being told its a courtesy of the respondents that I am already obtaining contact lens. That I do not need to see an ophthalmologist. My eyes hurt a lot

2.)

Page 4 of 6: Part C

I woke up with my eyelids enflammation. I was really puffy from my tp nostril to my eyelid & upper left side forehead and in alot of pain. I looked like I was beat up due to the puffyness, swelling and barely able to open eye left eye.

I have been promised Scleral contact lens as well to help me see better since Dec 1 and have not recieved them. Was told I already obtained them and denied me the process of grieving this matter any further.

I have asked to go get corneal crosslinking (CXL) by an ophthalmologist while I wait to get the corneal transplant and am being denied by all respondents.

☒ An optometrist Dater Peter D. Huang on 557 H. Street, Suite B Chula Vista, CA 91910

phone 619-422-0139
exam date 10/28/25
& on Dec 1, 2025.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-06-26

Signature of Plaintiff: *Jose Camargo Alej*
Printed Name of Plaintiff: Jose Camargo Alejo

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
              _____   _____   _____
              City           State           Zip Code
Telephone Number _____
E-mail Address _____

Jose Camargo Alejo
A# 089861944
E-103-L
Otay Mesa Detention Center
P.O. Box 439049
San Diego, California
92143-9049

RECEIVED
JAN 13 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

United States District Court
Southern District of California
Office of the Clerk
333 West Broadway, Suite 420
San Diego, California
92101

CoreCivic
Otay Mesa Detention Center
This facility is not responsible for the
substance/contents of this package.

1.)

A# 089861944
E-103-L
Otay Mesa Detention Center
P.O. Box 439049
San Diego, California
92143-9049

RECEIVED
JAN 13 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

CoreCivic
Otay Mesa Detention Center
This facility is not responsible for the
substance/contents of this package.

United States District Court
Southern District of California
Office of the Clerk
333 West Broadway, Suite 420
San Diego, California
92101

2.)

Case 3:26-cv-00251-AGS-BJW   Document 1   Filed 01/13/26   PageID.207   Page 13 of 13